◼ In the Matter of EDWARD J. KURIANSKY, as Deputy Attorney-General, Respondent, v ARTHUR BROWN, Appellant. — Three orders of the Supreme Court, Kings County (Hellenbrand, J.), one dated May 23, 1983 and two dated June 1, 1983, affirmed, without costs or disbursements. No opinion. Appellant

is directed to surrender to the New York City Department of Correction to commence serving his sentence. Damiani, J. P., Titone, Mangano and Gibbons, JJ., concur.